NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

March 22, 2019

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAQUAN ISAIAH WILLIAMS,          )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D17-666
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Upon the court's own motion, this court's opinion dated March 20, 2019, is withdrawn. A substitute opinion will be forthcoming.

I HEREBY CERTIFY THE FOREGOING IS A

TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL, CLERK

cc:
AA, AE